# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NICOLE BISSONNETTE, as Personal Representative of the Estate of James Mannion, <br><br> Plaintiff, <br><br> v. <br><br> CUMBERLAND COUNTY SHERIFF KEVIN JOYCE, ARMOR CORRECTIONAL HEALTH CARE SERVICES, INC., ARMOR HEALTH OF CUMBERLAND COUNTY, EDIE WOODWARD, JASON SIMPSON, and MATTHEW GLAZER, <br><br> Defendants. | Case No. 2:24-cv-00251 JCN |

## CONSENT REVISED MOTION FOR STAY

Defendants Armor Health of Cumberland County, Edie Woodward, Jason Simpson, and Matthew Glazer (collectively, the "Armor Defendants"), having conferred with all parties regarding the previous Motion to Amend Scheduling Order [ECF 70], hereby and with the consent of all Parties, hereby submit this Revised Motion to Stay, and further state as follows:

1. On February 11, 2026, Defendants submitted their initial Motion to Stay in connection with Norman, Hanson & DeTroy, LLC's motion to withdraw as counsel for the Armor Defendants.

2. The original Motion to Stay sought a 60-day stay of case management deadlines in order to allow for the Armor Defendants' new co-counsel, Marie Mueller, to learn the file without prejudicing the Armor Defendants' ability to pursue further discovery and prepare for expert depositions.

1

3. Following the filing of that Motion, the Parties have conferred in good faith while at the same time continuing to schedule mediation in this matter.

4. In light of those meet and confers, all agree that given the sudden need to replace counsel due to a conflict, all case management deadlines should be stayed for forty (40) days, effective February 17, 2026.

5. The Armor Defendants further note the Parties have scheduled mediation before Mark Franco for March 27th, and all Parties agree that the mediation will go forward as scheduled. The timing of the stay may assist the Parties in conserving litigation resources while they endeavor to explore potential resolution.

6. Accordingly, the stay notwithstanding, the parties have agreed to (i) work together during that stay to schedule expert witness depositions to take place in the month following the stay, subject to each expert's availability; and (ii) mediate the case on March 27th, immediately prior to the expiration of the requested stay.

WHEREFORE, the Armor Defendants, with the consent of Plaintiff and the Cumberland County Defendants, respectfully request that the Court enter an order granting this Revised Consent Motion, staying all case management deadlines for a period of 40 days (through and including March 28, 2026), and ordering that, notwithstanding the stay, the Parties (i) shall work together during the stay to schedule expert witness depositions to take place in the month following the stay, and (ii) may mediate the matter as set forth herein.

**ARMAS BERTRAN ZINCONE**
4960 SW 72nd Ave, Suite 206
Miami, FL 33155
Tel: (305) 661-2021

*/s/ Francesco Zincone*
Francesco Zincone
fzincone@armaslaw.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via CM/ECF this 6th day of March, 2026, and was served on all counsel of record via CM/ECF email notification.

*/s/ Francesco Zincone*