UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICOLE BISSONETTE, as Personal Representative of the Estate of James Mannion,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY SHERIFF KEVIN JOYCE, ARMOR CORRECTIONAL HEALTHCARE SERVICES, INC., ARMOR HEALTH OF CUMBERLAND COUNTY, EDIE WOODWARD, JASON SIMPSON, AND MATTHEW GLAZER,<br><br>Defendants. | Case No. 2:24-CV-00251 |

**NOTICE (OTHER)/DEFENDANTS' REQUEST FOR SCHEDULING CONFERENCE REGARDING CURRENT DEADLINES**

Defendants Armor Correctional Healthcare Services, Inc., Armor Health of Cumberland County, Edie Woodward, Jason Simpson, and Matthew Glazer (collectively "Armor"), hereby respectfully request a conference to address scheduling issues that have arisen due to Plaintiff and co-Defendant's Motions to Amend [Doc. No. 81 and 82]. The Armor Defendants' will respond to these Motions on August 27, 2026. Plaintiff and co-Defendant will have an opportunity to reply and the Court may request oral argument before issuing decisions on the Motions. Both Motions seek to add additional parties and claims.

The current deadlines for Written Notice of Intent to File Summary Judgment Motion and for Summary Judgment Motions are, respectively, August 31, 2026 and September 30, 2026. Given the pending motions, the Armor Defendants do not currently know what parties and claims will ultimately be included in this litigation. The Armor Defendants cannot reasonably prepare the Notice of Intent or a Motion for Summary Judgment until the scope of the parties and the claims are determined definitively. Further, both Motions to Amend state that the new claims would require "limited" additional discovery, but do not foreclose the need for additional discovery by the moving parties. And certainly, in the event new parties are added to this lawsuit, they may require certain discovery and have the right to litigate their defenses fully and completely. Any new discovery must also occur prior to any deadline for the Armor Defendants to file a Notice of Intent or Motion for Summary Judgment filings.

The Armor Defendants sought Plaintiff's counsel's consent to enlarge the current Notice of Intent and Summary Judgment deadlines. Plaintiff did not consent. The Armor Defendants likewise sought Sheriff Joyce's consent on this issue. Counsel for Sheriff Joyce expressed that he will be prepared to offer comment on scheduling at the upcoming August 25th hearing, noting that some limited modifications of the deadlines may be in order if the Court grants the pending Motion for Leave to Amend.

With or without consent, though, the Armor Defendants cannot simply request a specified enlargement of time given the current uncertainty. Without knowing when the scope of the case and parties will be decided, the Armor Defendants are unable to identify specific suitable deadlines. Therefore, the Armor Defendants request a Scheduling Conference. Plaintiff's counsel suggested this could be incorporated into the currently scheduled discovery hearing scheduled for August 25, 2026. The Armor Defendants agree that, depending on the Court's availability and willingness, this is a viable option.

WHEREFORE, Defendants respectfully request the Court stay the current Notice of Intent and Summary Judgment deadlines and grant Defendant's request for a scheduling conference regarding Amendment of the current Scheduling Order to occur either on August 25, 2026 or at a date to be determined.

DATED at Miami, Florida this 24th day of August, 2026.

*/s/ Francesco A. Zincone*
Francesco A. Zincone
ARMAS BERTRAN ZINCONE
4960 SW 72nd Avenue, Suite 206
Miami, Florida 33155
fzincone@armaslaw.com
Telephone: (401) 598-6594

*/s/ Marie J. Mueller*
Marie J. Mueller, Esq.

mmueller@verrill-law.com
VERRILL DANA, LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054
207-774-4000

*Counsel for Defendants Armor Correctional Health Care Services, Inc., Armor Health of Cumberland County, Edie Woodward, Matthew Glazer, and Jason Simpson*

**CERTIFICATE OF SERVICE**

I, Francesco A. Zincone, certify that I electronically filed the within Defendants' Request for Scheduling Conference, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Francesco A. Zincone*
Francesco A. Zincone