UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NICOLE BISSONETTE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:24-cv-00251-JCN |
| | ) | |
| CUMBERLAND COUNTY SHERIFF KEVIN JOYCE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON DISCOVERY ISSUES**

On August 25, 2026, the Court conducted a telephonic hearing on certain discovery issues. For the reasons stated on the record, the Court orders that on or before September 8, 2026, the Armor Defendants shall serve complete responses to Plaintiff's outstanding interrogatories and request for documents.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 25th day of August, 2026.